RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 1 6 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

USDC OR #3:24-mj-00246

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
|---|---|---|
| | * | 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A) |
| VERSUS | * | 18 U.S.C. § 2422(b) |
| | * | |
| JON SCOT TAYLOR | * | 1:24-cr-00215-01 |
| | | Judge Drell |
| | | Magistrate Judge Perez-Montes |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### DISTRIBUTION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(2)(A)

On or about January 25, 2024, in the Western District of Louisiana, the defendant, JON SCOT TAYLOR, did knowingly distribute material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, including by computer, in violation of Title 18 United States Code, Section 2252A(a)(2)(A). [18 U.S.C.§ 2252A(a)(2)(A)].

### COUNT 2

### DISTRIBUTION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(2)(A)

On or about February 26, 2024, in the Western District of Louisiana, the defendant, JON SCOT TAYLOR, did knowingly distribute material that contained images of child pornography, as defined in Title 18, United States Code, Section

2256(8), that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, including by computer, in violation of Title 18 United States Code, Section 2252A(a)(2)(A). [18 U.S.C.§ 2252A(a)(2)(A)].

## COUNT 3

### DISTRIBUTION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2252A(a)(2)(A)

On or about March 6, 2024, in the Western District of Louisiana, the defendant, JON SCOT TAYLOR, did knowingly distribute material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate or foreign commerce, by any means, including by computer, in violation of Title 18 United States Code, Section 2252A(a)(2)(A). [18 U.S.C.§ 2252A(a)(2)(A)].

## COUNT 4

### ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY
### 18 U.S.C. § 2251(a)

On or about February 16, 2024, in the Western District of Louisiana, the defendant, JON SCOT TAYLOR, did attempt to employ, use, persuade, entice and coerce a minor to engage in sexually explicit conduct for the purpose of creating a visual depiction of said conduct, knowing and having reason to know that the depiction would be transported or transmitted using any means or facility of interstate commerce, in violation of Title 18, United States Code, Section 2251(a). [18 U.S.C.§ 2251(a)].

## COUNT 5
## USE OF A FACILITY TO CAUSE A MINOR
## TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
## [18 U.S.C. § 2422(b)]

Beginning on or about August 8, 2023, and continuing until on or about March 29, 2024, in the Western District of Louisiana, the defendant, JON SCOT TAYLOR, used a facility and means of interstate commerce, to knowingly attempt to persuade, induce, entice, and coerce an individual, who he believed to be under the age of eighteen, to engage in any sexual activity for which any person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

A TRUE BILL

**REDACTED**

FOREPERSON/GRAND JURY

BRANDON B. BROWN
United States Attorney

By: _____ for LAM
LADONTE A. MURPHY (LA Bar 31272)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618